**Order entered June 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01494-CV

**VIRGINIA ROE HINTON F/K/A VIRGINIA ROE BURNS, Appellant**

**V.**

**DENIS LYONS BURNS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-51720-2012**

## ORDER

We **GRANT** appellant's May 31, 2013 unopposed motion for an extension of time to file

a reply brief.  Appellant shall file her reply brief on or before July 18, 2013.

/s/     CAROLYN WRIGHT
          CHIEF JUSTICE